RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Brian Reynolds

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00058-ART-BNW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR COMPETENCY HEARING AND TO CONTINUE COMPETENCY HEARING** |
| v. | |
| BRIAN REYNOLDS, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Keibler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Brian Reynolds, that the Response to Motion for Competency Hearing currently due on July 13, 2023 be extended to July 27, 2023, and the Competency Hearing currently scheduled on July 14, 2023, be vacated and continued to July 28, 2023 or to a time and date convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of jurisdiction for a prescheduled medical appointment.

2. Counsel would like to consult with client prior to filing a response, in order to fully investigate claims made by government and adequately respond.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance.

DATED this 10th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | *By: David C. Keibler*<br>DAVID C. KEIBLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN REYNOLDS,<br><br>        Defendant. | Case No. 2:22-cr-00058-ART-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Response to Motion for Competency Hearing currently due on July 13, 2023 be extended to July 27, 2023, and the Competency Hearing currently scheduled on July 14, 2023, be vacated and continued to August 1, 2023 at 1:00 p.m.

DATED: July 13, 2023.

                                        UNITED STATES MAGISTRATE JUDGE