RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No.
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org@fd.org

Attorney for Brian Reynolds

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00058-ART-BNW |
| Plaintiff, | **UNOPPOSED MOTION TO UNSEAL AUGUST 1, 2023 HEARING FOR THE LIMITED PURPOSE OF TRANSCRIPTION AND PRODUCTION TO DEFENSE COUNSEL** |
| v. | |
| BRIAN REYNOLDS, | |
| Defendant. | |

**CERTIFICATION:** This unopposed motion is timely filed.

Defendant Brian Reynolds, by and through his counsel, Navid Afshar, Assistant Federal Public Defender, files this unopposed motion to unseal the August 1, 2023, sealed hearing for the limited purpose of transcription and production to defense counsel.

DATED this 8th day of September, 2023.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Navid Afsar*

NAVID AFSHAR
Assistant Federal Public Defender
Attorney for Brian Reynolds

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 1, 2023, this Court held a sealed hearing regarding the government's motion for a competency hearing. *See* ECF No. 52. At the hearing, the parties argued their respective positions and the Court made comments. The Court further ordered a continued hearing to discuss Mr. Reynolds' medical care and the government's motion for a competency hearing. The hearing is set for September 21, 2023. ECF No. 63. To prepare for the upcoming hearing, undersigned counsel needs to review the hearing transcript to ensure the defense addresses the relevant issues. Therefore, the defense moves to unseal the August 1, 2023, hearing for the limited purpose of transcription and production to the defense. The government does not oppose this request.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Navid Afshar*

NAVID AFSHAR
Assistant Federal Public Defender
Attorney for Brian Reynolds

**IT IS SO ORDERED**

**DATED:** 3:30 pm, September 12, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**