RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Brian Reynolds

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>BRIAN REYNOLDS,<br><br>            Defendant. | Case No. 2:22-cr-00058-ART-BNW<br><br>**STIPULATION TO CONTINUE COMPETENCY HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Keibler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Brian Reynolds, that the Competency Hearing currently scheduled on September 21, 2023, be vacated and continued to a time and date convenient to the Court, but no sooner than twenty-one (21) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel needs additional time to prepare witnesses and exhibits for a potential hearing.

　　　　2.　　The additional time would be to secure information necessary for the Court's consideration.

　　　　3.　　The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance.

DATED this 18th day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | *By: David C. Keibler*<br>DAVID C. KEIBLER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN REYNOLDS,<br><br>        Defendant. | Case No. 2:22-cr-00058-ART-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Competency Hearing currently scheduled on September 21, 2023, be vacated and continued to October 12, 2023 at the hour of 11:30 a.m. in Courtroom 3B.

    DATED this 19th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3