RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Brian Reynolds

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN REYNOLDS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00058-ART-BNW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Brian Reynolds, that the Sentencing Hearing currently scheduled on July 11, 2024, at 11:00 a.m., be vacated and continued to July 18, 2024.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant will be out of the jurisdiction on July 11, 2024, and requests a continuance to allow counsel to represent Mr. Reynolds at his sentencing hearing and to avoid denying Mr. Reynolds the continuity of defense counsel.

　　　　2.　　The defendant is incarcerated and does not object to the continuance.

3.     The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 11th day of June 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ David C. Kiebler*<br>By_____<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN REYNOLDS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00058-ART-BNW<br><br>**ORDER** |

　　　Based on the stipulation and good cause appearing:

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, July 11, 2024, at 11:00 a.m., be vacated and continued to July 18, 2024 at the hour of 11:00 a.m.

　　　DATED this 13th day of June 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3